IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　14-cv-123-bbc

U.S. CELLULAR and
WISCONSIN UNIVERSITY OF WISCONSIN,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

/s/　　　　　　　　　　　　　　　　　　3/26/2014

Peter Oppeneer, Clerk of Court　　　　　　　　　Date